

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2022

No. 04-22-00159-CR

Juan **ORTIZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-137-CRW-A
Honorable Russell Wilson, Judge Presiding

# O R D E R

After consideration, we **GRANT** appellant's motion for an extension of time to file his brief and **ORDER** appellant to file his brief **by July 25, 2022.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court